IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-007 |
| | * | |
| DOMONTEZ JOHNSON | * | |

# O R D E R

Defendant Domontez Johnson has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. The Court is presently undertaking a review of cases to which Amendment 821 may apply. While the effective date of this amendment is November 1, 2023, a district court may not order retroactive application of Amendment 821 until February 1, 2024, or later, allowing for the necessary and considerable case review. The Court will not entertain motions initiated by federal defendants until after this time for review has passed. Therefore, the Clerk is directed to **TERMINATE** Defendant's motion for reduction of sentence (doc. 36). If Defendant is eligible for a sentence reduction upon retroactive application of Amendment 821, the Court will consider whether a reduction is appropriate *sua sponte*.

Moreover, the Court notes Defendant's request for appointed counsel. Defendant has no statutory or constitutional right to appointed counsel in this context. See United States v. Webb, 565 F.3d 789, 794 (11th Cir. 2009) ("The notion of a statutory or constitutional right to counsel for § 3582(c)(2) motions has been

rejected by all of our sister circuits that have addressed the issue, and we agree with this consensus."). Instead, the district court has the discretionary authority to appoint counsel in the interests of justice. See id. at 795 n.4 (noting there may be equitable concerns that would make the appointment of counsel appropriate to ensure a just outcome), cited in United States v. Cain, 827 F. App'x 915, 920 (11th Cir. 2020). A preliminary review of Defendant's motion indicates that he is able to effectively present his case to the Court for judicial review. Thus, Defendant has not shown that the interests of justice *require* the appointment of counsel.

    **ORDER ENTERED** at Augusta, Georgia this 16th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA